**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-6654**

─────────────

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DERWIN COLES, a/k/a Woods,

                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., District Judge.  (2:01-cr-00254-3)

─────────────

Submitted:  April 15, 2011              Decided:  August 5, 2011

─────────────

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Derwin Coles, Appellant Pro Se.  John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derwin Coles appeals the district court's order granting in part and denying in part his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Coles</u>, No. 2:01-cr-00254-3 (S.D.W. Va. Mar. 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>